Supreme Court of the Philippine Islands denied. *Mr. Guillermo B. Guevara* for petitioner. *Mr. Allison D. Gibbs* for respondents.

No. 518. AUSTIN ORGAN CO. *v.* HAWTHORNE ET AL. December 10, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Homan W. Walsh* for petitioner. *Mr. John S. Eggleston* for respondents.

No. 520. PACIFIC FIRE INSURANCE CO. *v.* PENNSYLVANIA SUGAR CO. December 10, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Hiram B. Calkins* and *Horace Michener Schell* for petitioner. *Messrs. Charles Myers* and *Thomas Raeburn White* for respondent.

No. 542. MANHATTAN OIL CO. ET AL. *v.* MOSBY. December 10, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Henry L. Jost* for petitioners. *Messrs. H. M. Longworthy* and *Byron Spencer* for respondent.

No. 565. CUSICK *v.* WHIPP, WARDEN. December 17, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Michael J. Cusick, pro se.* No appearance for respondent.

No. 523. MASSACHUSETTS BONDING & INSURANCE CO. *v.* UNITED STATES QUARRY TILE CO. December 17, 1934.